201902010
sb

## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF KENTUCKY
### AT COVINGTON

| | |
|---|---|
| IN RE: | Case No. 15-20187 |
| Jamos Fund I, LP | Chapter 7 |
| Debtor. | Chief Judge Tracey Wise |
| | **ORDER GRANTING MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND FOR ABANDONMENT OF THE PROPERTY OF MTGLQ INVESTORS, LP (PROPERTY ADDRESS: 102 HOLT AVENUE, BARBOURVILLE, KY 40906)** |

This matter is before the Court upon the Motion for Relief from the Automatic Stay and for Abandonment of Property filed herein by the secured creditor, MTGLQ Investors, LP and it appearing to the Court that the debtors, Debtors' counsel, the Trustee and any lienholders were served with a copy of said Motion as indicated on the Certificate of Service attached to said Motion, and were served with a notice and opportunity for hearing; and it further appearing that Movant's Motion is well taken; accordingly

IT IS ORDERED THAT the automatic stay imposed by Section 362 of the Bankruptcy Code shall be, and hereby is terminated in all respects as against the said Movant, its successors and assigns, and that the Trustee will have 14 days from the conclusion of the Meeting of Creditors to object to abandonment of the property of the estate that is the subject of the motion. If no objection or motion for extension of time is

1

filed prior to the expiration of this 14 day period, then the property will be deemed abandoned on the 15th day following the conclusion of the Meeting of Creditors, subject to FRBP 9006(a)(1).

SUBMITTED BY: /s/ Joel K. Jensen
Joel K. Jensen
Bar Registration #81820
513-241-3100 x-3349

Joel K. Jensen, Case Attorney
KBA No. 81820
Attorneys for Creditor
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100
(513) 241-4094 Fax
ekybk@lsrlaw.com

COPIES TO:

Hon. Joel K. Jensen (81820)
Attorneys for  - Attorney for Movant
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, OH 45202-4007
nohbk@lsrlaw.com
VIA ELECTRONIC SERVICE

L. Craig Kendrick - Trustee
7000 Houston Road
Building 300, Suite 25
Florence, KY 41042
craigkendrick@fuse.net
VIA ELECTRONIC SERVICE

Office of U.S. Trustee
100 East Vine Street
Suite 500
Lexington, KY 40507
ustpregion08.lx.ecf@usdoj.gov
VIA ELECTRONIC SERVICE

Hon. Jerry N. Higgins – Attorney for Debtors
Jerry N. Higgins
3426 Paoli Pike
Floyds Knobs, IN 47119
jnh@jerryhigginslaw.com
VIA ELECTRONIC SERVICE

Jamos Fund I, LP
4675 Cornell Rd Ste 195
Cincinnati, OH 45241
VIA ORDINARY US MAIL

3

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge**
**Dated: Monday, June 10, 2019**
**(tnw)**