**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**COVINGTON DIVISION**

| | |
|---|---|
| In Re: | Case No. 15-20187 |
| Jamos Fund I, LP | Chapter 7 |
| Debtor(s). | Judge Tracey N. Wise |

**MOTION FOR ORDER ANNULLING AUTOMATIC STAY REGARDING PROPERTY LOCATED AT 102 HOLD ST, BARBOURVILLE, KY 40906**

The Creditor, U.S. BANK TRUST NATIONAL ASSOCIATION, AS TRUSTEE OF DWELLING SERIES IV TRUST ("Movant"), hereby moves the Court, pursuant to Bankruptcy Code Section 362(d), for an Order annulling the automatic stay, to permit Creditor to proceed with foreclosure in the State of Kentucky. As grounds for this Motion, Creditor states:

**MEMORANDUM IN SUPPORT OF MOTION TO ANNUL THE AUTOMATIC STAY**

1. The Debtor filed a Chapter 11 case on February 12, 2015, and converted to Chapter 7 July 13, 2016 – referred to as the 'Petition Date.'

2. The Debtor's schedules reveal that the Debtor may have an interest in the following described real property located at 102 Holt Avenue, Barbourville, KY 40906, due to the ownership of tax lien certificates, and as such, created an automatic stay:

EXHIBIT A

THE FOLLOWING TACT OR PARCEL OF LAND LYING KNOX COUNTY, KENTUCKY, AND BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS, TO-WIT:

TRACT 1:
BEGINNING AT A POINT IN THE NORTH LINE OF HOLT AVENUE IN THE CITY OF BARBOURVILLE AT THE JOE CORY CORNER; THENCE N 10 DEG. 45 MIN W 125 FEET TO A STAKE; THENCE S 79 DEG. 30 MIN W 125 FEET. TO A STAKE; THENCE S 10 DEG. 45 MIN E 125 FEET TO A STAKE IN THE NORTH LINE OF HOLT AVENUE; THENCE N 79 DEG. 30 MIN E RUNNING WITH THE NORTH INE OF HOLT AVENUE 125 FEET TO THE BEGINNING, AND BEING LOTS NUMBER 8, 9, 10, 11 AND 12 IN BLOCK "C" OF THE J.D. TUGGLE ADDITION TO BARBOURVILLE AS SHOWN ON MAP OR PLAT OF SAID ADDITION WHICH IS OF RECORD IN DEED BOOK 48, AT PAGE 636, IN THE KNOX COUNTY COURT CLERK'S OFFICE.

TRACT 2:
THIS DEED IS FOR A TRACT OF LAND LOCATED IN THE J.D. TUGGLE ADDITION TO THE CITY OF BARBOURVILLE, KENTUCKY, AND IS LOCATED IN LOT #1, BLOCK "D" AND IS DECRIBED AS FOLLOWS:
BEGINNING AT AN IRON POST THENCE SOUTHEAST 125 FEET TO AN IRON POST; THENCE NORTHEAST 48 FEET TO AN IRON POST; THENCE NORTHWEST 125 FEET TO AN IRON POST; THENCE SOUTHWEST 48 FEET BACK TO BEGINNING.

BEING THE SAME PROPERTY CONVEYED FROM LISA MICHELLE KUNKEL AND JERRY MICHAEL KUNKEL, SINGLE, SINGLE, TO CECILENE KUNKEL, WIDOW, BY DEED RECORDED 8/8/03, IN BOOK D335, AT PAGE 18, IN THE REGISTER'S OFFICE OF KNOX COUNTY, KENTUCKY.

TAX MAP OR PARCEL ID NO.: 089-20-12-009.00, TAX MAP OR PARCEL ID NO.: 089-20-12-009.00

3. Debtor's Schedules state as follows: "Debtor owns certain delinquent Tax Bills purchased from the State that are in the process of being collected and constitute liens upon numerous pieces of real estate. The tax certificates themselves are personal property." Value is listed in Schedule B 35 and exceeds the amount secured to Movant. In this case, Creditor believes that Jamos Fund has now released or sold the Tax Certificate regarding 102 Holt Avenue, Barbourville, KY 40906 and therefore, currently has no interest in the Collateral.

4. Prior to the filing of this bankruptcy, Cecilene Kunkel ("the Borrower") executed a Promissory Note (the "Note).

5. To secure payment of the Note and performance of the other terms contained in it, Cecilene Kunkel executed by a certain Mortgage ("the Mortgage") dated February 8, 2007, which Mortgage was recorded on February 23, 2007, in Book M324, at Page(s) 675, of the records of the County Clerk of Knox County, Kentucky. The Mortgage granted a lien on the aforementioned property located at 102 Holt Avenue, Barbourville, KY 40906.

6. Cecilene Kunkle is the owner of the property described above.

7. On April 19, 2016, the previous holder of the note and mortgage, Christiana Trust, a Division of Wilmington Savings Fund Society, FSB, as Indenture Trustee, for the CSMC 2014-RPL2 Trust, Mortgage-Backed Notes, Series 2014- RPL2 filed a Complaint for Foreclosure in the Commonwealth of Kentucky, Knox County Court, Division II, Case No. 16-CI-00153 against Cecilene Kunkel and other named Defendants including the Debtor, without apparently having prior notice of the bankruptcy proceeding. The February 20, 2015 Notice of Meeting of Creditors does not appear to properly notice the Creditor.

8. On May 21, 2019, the prior servicer for the subject mortgage, MTGLQ Investors LP, filed a Motion for Relief from the Automatic Stay and Abandonment as to the subject property.  On June 10, 2019, Relief from Stay and Abandonment was granted at docket 293.  However, the prior servicer inadvertently failed to seek annulment of the stay due to the Complaint and Lis Pendens that was filed on April 19, 2016.  The prior servicer's law firm is no longer in business.

9. The Borrower is in default for the payment due October 01, 2015, and all subsequent payments. The delinquent payment(s) as of May 11, 2021, are $31,866.00.

10. The unpaid principal balance due and owing pursuant to the Note and Mortgage as of May 11, 2021 is $61,448.34. Interest has accumulated on the Note since September 01, 2015, to date at the rate of six percent (6.00%). Interest has accrued on the balance due from September 01, 2015 through May 11, 2021 in the amount of $19,815.34.

11. Creditor payoff balance as of May 11, 2021 is $93,174.10.  The property has been previously abandoned from the estate.

12. The Movant is entitled to enforce the Note and Security Agreement, and to seek an Order Annulling the Automatic Stay as to any post-petition actions performed in Knox Circuit Court Kentucky case 16-CI-00153, as the foreclosing creditor apparently had no prior knowledge of the bankruptcy filing.  The documents establishing this right are attached hereto and include the Note, applicable endorsement(s) and or allonges, if any; and the Security Agreement and any applicable assignment(s).  Movant is the holder of the original Note.  Possession of the original note gives Creditor standing to enforce the obligations secured thereby. *Stevenson v. Bank of Am.*, 359 S.W.3d 466, 470 (Ky. Ct. App. 2011).

**WHEREFORE**, Movant moves the Court for an Order annulling the automatic stay imposed by the filing of the bankruptcy action pertaining to the Debtor and the aforementioned property, nunc pro tunc, to February 12, 2015, in order that it may proceed with and conclude the foreclosure action in the Commonwealth of Kentucky, Knox County Court, Division II, Case No. 16CI-00153, and request that such order retain its effect and validity should this case be converted to another Chapter proceeding.

                Respectfully Submitted,

                /s/ Jon J. Lieberman
                Jon J. Lieberman (86802)
                Sottile & Barile, Attorneys at Law
                394 Wards Corner Road, Suite 180
                Loveland, OH 45140
                Phone: 513.444.4100
                Email: bankruptcy@sottileandbarile.com
                Attorney for Movant

## **NOTICE**

Please take notice that parties in interest, shall have fourteen (14) days from the date of this motion within which to file a response to the motion and a request and notice of hearing on such response. If no response if timely filed, the order filed contemporaneously with this motion may be entered by the Court without a hearing on the motion.

# **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was served by the method set forth below, upon the below listed parties on June 11, 2021.

**By Notice of Electronic Filing to:**

    Jerry N. Higgins, Debtor's Counsel per PACER
    jnh@jerryhigginslaw.com

    L. Craig Kendrick, Trustee
    craigkendrick@fuse.net

    Laura Day DelCotto, Counsel for Trustee
    ldelcotto@dlgfirm.com

    Office of the U.S. Trustee
    ustpregion08.lx.ecf@usdoj.gov

**By United States mail to:**

    Jamos Fund I, LP, Debtor
    4675 Cornell Rd Ste 195
    Cincinnati, OH 45241


    All Creditors on Attached Matrix

                                            /s/ Jon J. Lieberman
                                            Jon J. Lieberman (86802)
                                            Sottile & Barile, Attorneys at Law
                                            394 Wards Corner Road, Suite 180
                                            Loveland, OH 45140
                                            Phone: 513.444.4100
                                            Email: bankruptcy@sottileandbarile.com
                                            Attorney for Movant